Byron D. SMITH, Plaintiff—Appellant,

v.

Eddie PEARSON, Warden; D.B. Everett, Assistant Warden of Operation; R. Speight, Safety Inspector; Houston Shiflett, Unit Manager, Building 2; Mr. Hawkes, Unit Manager, Building 2; Benjamin Ulep, Head Doctor; Wanda Rollins, Operations Officer; Mr. Liptrott, Unit Sargent, Defendants—Appellees,

and

Sussex State Prison, Defendant.

No. 04–7690.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2005.

Decided: Feb. 16, 2005.

Byron D. Smith, Appellant pro se.

Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia; Edward Joseph McNelis, III, Coreen Antoinette Bromfield, John David McChesney, Ashton Marie Jennette, Rawls & Mcnelis, P.C., Richmond, Virginia, for Appellees.

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Byron D. Smith appeals the district court order granting the defendants' motion for summary judgment and dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Pearson,* No. CA–03–338 (E.D.Va. Sept. 24, 2004) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*